■ CITY OF LOCKPORT, Respondent, v ELMER A. GRANCHELLI, Appellant. (Appeal No. 1.) [740 NYS2d 909] —Appeal from an order of Supreme Court, Niagara County (Lane, J.), entered June 15, 2001, which granted plaintiff's motion to settle the judgment to include statutory interest from May 1, 1995.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.,* 147 AD2d 977). Present—Pigott, Jr., P.J., Pine, Hayes, Kehoe and Gorski, JJ.

■ CITY OF LOCKPORT, Respondent, v ELMER A. GRANCHELLI, Appellant. (Appeal No. 2.) [740 NYS2d 463] —Appeal from a resettled judgment of Supreme Court, Niagara County (Lane, J.), entered June 20, 2001, which awarded plaintiff $538,063.65.

It is hereby ordered that the resettled judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Niagara County, Lane, J. Present—Pigott, Jr., P.J., Pine, Hayes, Kehoe and Gorski, JJ.